IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

FILED

**May 20, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

SEYMORE HAYES, III,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Appellant,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　No. 03C01-9902-CR-00066
v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Hamilton County
　　　　　　　　　　　　　　　　　)
STATE OF TENNESSEE,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Appellee.　　　　　　　　　)
　　　　　　　　　　　　　　　　　)


**O R D E R**


By separate order, the court has affirmed the judgment of the criminal court in this case by order rather than by formal opinion pursuant to Rule 20, Tenn. Crt. Crim. App. Rules. It appearing that the petitioner is indigent, it is hereby ORDERED that the costs of this cause are taxed to the State of Tennessee.


PER CURIAM